Jonathan A. Stieglitz, Esq.
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Tel: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESSICA ARMENTA, *individually and on behalf of all others similarly situated,*<br><br>             Plaintiff,<br>    v.<br><br>FAVE ME, INC., *a California corporation,*<br><br>             Defendant. | Case No.  2:23-cv-00586-MEMF-SK<br><br>**NOTICE OF SETTLEMENT** |

    The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized.  Once the settlement agreement is fully executed, the parties shall file a Notice of Dismissal with prejudice and without attorneys' fees or costs.  Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

1  DATED: February 22, 2023

2                                          /s/ Jonathan A. Stieglitz
3                                          Jonathan A. Stieglitz, Esq.
                                           THE LAW OFFICES OF
4                                          JONATHAN A. STIEGLITZ
5                                          11845 W. Olympic Blvd., Suite 800
                                           Los Angeles, California 90064
6                                          Tel: (323) 979-2063
7                                          Fax: (323) 488-6748
                                           Email: jonathan.a.stieglitz@gmail.com
8                                          Attorneys for Plaintiff