UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL     JS-6

Case No.    2:23-cv-00586-MEMF-SK            Date: March 4, 2025

Title     *Jessica Armenta v. Fave Me, Inc.*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Dismissing Action [JS-6]**

On February 23, 2023, Plaintiff Jessica Armenta filed a Notice of Settlement. *See* ECF No. 10. The Court stayed the action and ordered the parties to file either a notice or dismissal or joint statement within 60 days. *See* ECF No. 11. On May 15, 2023, the parties stipulated for an extension of time to file a notice of dismissal. *See* ECF No. 12. The Court granted the parties until July 6, 2023, to file a notice of dismissal or some further update. *See* ECF No. 13. The Court warned that "failure to timely or adequately respond to this Order may, without further warning, result in the Court dismissing this action." *See id.*

The parties have made no further filings since. Accordingly, the Court hereby DISMISSES the action. The Clerk of Court is directed to close the file.

                                                   **Initials of Preparer**     DBE